

# United States District Court
# Eastern District of California

**Plaintiff(s):** AMSH ALI

V.

**Defendant(s):** Director of U.S. Citizenship and Immigration Services JOSEPH B. EDLOW, Secretary of the U.S. Department of Homeland Security KRISTI NOEM

**Case Number:** 2:25-cv-2537-JDP

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Mohammad Akif Saleem** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **AMSH ALI**

On **10/06/2010** (date), I was admitted to practice and presently in good standing in the **Appellate Division of the Supreme Court** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

2:24-cv-02744-CKD - PHV was filed on 10/08/2024, the matter is currently dismissed

2:24-cv-01377-DB - PHV was filed on 05/14/2024, the matter is currently dismissed

**Date:** 09/04/2025     **Signature of Applicant:** /s/ [signature]

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mohammad Akif Saleem |
| Law Firm Name: | Davis Ndanusa Ikhals & Saleem LLP |
| Address: | 26 Court Street |
| | Suite 603 |
| City: | Brooklyn |
| State: | New York |
| Zip: | 11243 |
| Phone Number w/Area Code: | (718) 783-6819 |
| City and State of Residence: | New York, New York |
| Primary E-mail Address: | msaleem@dnislaw.com |
| Secondary E-mail Address: | yhassan@dnislaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jennifer Rozdzielski |
| Law Firm Name: | JR IMMIGRATION LAW |
| Address: | 21250 Hawthorne Blvd. |
| | Suite 500 |
| City: | Torrance |
| State: | CA |
| Zip: | 90503 |
| Phone Number w/Area Code: | (310)792-7063 |
| Bar #: | 273260 |

**ORDER**

Dated: September 8, 2025

*/s/ Jeremy Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE